UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

FILED'06 SEP 22 16:23USDC-ORP

**MARCIA G. DEMETER,**

    Plaintiff,

vs.

**COMMISSIONER of Social Security,**

    Defendant.

CV # 05-1336-MO

ORDER FOR EAJA FEES

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4290.00 and expenses in the amount of $32.95 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412; and that costs in the amount of $250.75 be awarded to Plaintiff under 28 U.S.C. § 1920.

DATED this 22d day of September, 2006.

                    HON. MICHAEL W. MOSMAN
                    UNITED STATES DISTRICT JUDGE

Presented by:

/s/_____
**LINDA ZISKIN,** OSB # 01106
(503) 889-0472
Attorney for Plaintiff

STIPULATION FOR EAJA FEES